IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES CRENSHAW, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 05-0418-CG-B |
| JERRY FERRELL. | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that petitioner's habeas corpus petition is **DISMISSED.**

**DONE** and **ORDERED** this 24th day of July, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE